UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Somone Wimbley, et al,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Sirdah Enterprises, Inc., d/b/a Taboo2 Bar & Bistro, et al,<br><br>　　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-3436-WBH |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration of Plaintiffs' Motion for Ruling on the Amount of Damages, and the court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered against Defendants Sirdah Enterprises, Inc., and Ismail Sirdah, jointly and severally, and in favor of Plaintiff McDaniel in the amount of $17,714.65, in favor of Plaintiff Mitchell in the amount of $15,744.83, in favor of Plaintiff Thompkins in the amount of $8,375.20, in favor of Plaintiff Miller in the amount of $16,054.76, in favor of Plaintiff Wimbley in the amount of $5,372.25, in favor of Plaintiff Mills in the amount of $10,785.83, in favor of Plaintiff Caddell in the amount of $42,702.50, in favor of Plaintiff Smith in the amount of $5,096.75, in favor of Plaintiff Keller in the amount of $30,029.50, in favor of Plaintiff Norris in the amount of $21,530.33, and in favor of Plaintiff Lumsden in the amount of $34,713.00. Further the Clerk is DIRECTED to include in the judgment an award of attorney fees against Defendants Sirdah Enterprises, Inc., and Ismail Sirdah, jointly and severally, and in favor of Plaintiffs in the amount of $102,690.00 and costs in the amount of $5,690.90. Further, Plaintiffs having abandoned their claims against Defendant Dartez Daniel, he is dismissed from this action, and the civil action be, and the same hereby, is **dismissed**.

Dated at Rome, Georgia, this 26th day of February, 2015.

                                                        JAMES N. HATTEN
                                                       CLERK OF COURT

                                     By:   s/J. Acker
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   February 27, 2015
James N. Hatten
Clerk of Court

By:  s/J. Acker
       Deputy Clerk